**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CRIMINAL NUMBER: 10-725** |
| | ) | |
| **PAMELA A. MILLS** | ) | |

### NOTICE OF APPEAL

Notice is hereby given that, Pamela A. Mills, defendant above-named, hereby appeals to the United States Court of Appeals for the Third Circuit from the judgment of conviction and commitment entered on August 20, 2012.

Respectfully submitted,


*/s/Benjamin B. Cooper*

BENJAMIN B. COOPER
Assistant Federal Defender
Defender Association of Philadelphia
Federal Court Division

## CERTIFICATE OF SERVICE

I, Benjamin B. Cooper, Assistant Federal Defender, Federal Court Division, Defender Association of Philadelphia, hereby certify that I have served a copy of the defendant's Notice of Appeal, upon Sarah Grieb, Esquire, Assistant United States Attorney, 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106.

*/s/Benjamin B. Cooper*

BENJAMIN B. COOPER
Assistant Federal Defender

Date:   August 21, 2012